# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-4091

_____

Reginald A. Quinones,

        Appellant,

v.

DaimlerChrysler Corporation,

        Appellee.

\*
\*
\*
\*
\*   Appeal from the United States
\*   District Court for the
\*   Eastern District of Missouri.
\*
\*      [UNPUBLISHED]
\*

_____

Submitted: January 4, 2007
Filed: January 18, 2007

_____

Before SMITH, MAGILL, and BENTON, Circuit Judges.

_____

PER CURIAM.

Reginald A. Quinones appeals the district court's[1] Fed. R. Civ. P. 12(b)(6) dismissal of his employment-discrimination action against his former employer, DaimlerChrysler Corporation. Upon de novo review, see Springdale Educ. Ass'n v. Springdale Sch. Dist., 133 F.3d 649, 651 (8th Cir. 1998), we conclude that the district court's dismissal was appropriate. Accordingly, we affirm. See 8th Cir. R. 47B.

---

[1]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.